IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:   STANISLAW GRZYWACZEWSKI  )   Chapter 13
JOANNA GRZYWACZEWSKI   )
)   Case No.  15 B 13109
Debtor(s)   )
)   Judge Jacqueline P Cox

NOTICE OF WITHDRAWAL OF NOTICE OF FINAL CURE
MORTGAGE PAYMENT RE:  RULE 3002.1

The Trustee's Notice of Final Cure Mortgage Payment re:  Rule 3002.1 filed by Tom Vaughn Chapter 13 Trustee on June 15, 2018 is hereby withdrawn as the Notice of Final Cure Mortgage Payment re:  Rule 3002.1 was filed in error.

Dated:  June 27, 2018

/s/ _____
Tom Vaughn, Trustee

Tom Vaughn, Trustee
55 East Monroe Street, Suite 3850
Chicago, IL  60603